In the Interest of C.W.D., B.K.H., and B.K.D., Plaintiffs.

Juvenile Officer, Respondent,

v.

T.N.D. (Mother), Appellant,

A.L. (Father), B.K.H., Sr. (Father), Defendants.

No. WD 60399.

Missouri Court of Appeals,
Western District.

April 19, 2002.

Elizabeth A. Marr, Kansas City, MO, for appellant[s].

Sarah Johnston, Kansas City, MO, for respondent Juvenile Officer.

Katherine J. Rodgers, Kansas City, MO, for plaintiffs CWD, BKH, and BKD.

Before JOSEPH M. ELLIS, Presiding Judge, EDWIN H. SMITH, Judge and VICTOR C. HOWARD, Judge.

### *ORDER*

PER CURIAM.

Appellant T.N.D. appeals from a judgment entered in the Circuit Court of Jackson County, Family Division, terminating her parental rights to her children C.W.D., B.K.H., and B.K.D. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).